**Napoleon TADEO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,
Respondent.**

No. 01–3195.

United States Court of Appeals,
Federal Circuit.

Aug. 14, 2001.

ON MOTION

SCHALL, Circuit Judge.

ORDER

Upon consideration of the unopposed motion of Napoleon Tadeo to withdraw his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted and the petition for review is dismissed.

(2) Each side shall bear its own costs.

**In re Yoshiki HAYASHI**

No. 01–1558.

United States Court of Appeals,
Federal Circuit.

Aug. 14, 2001.

ON MOTION

SCHALL, Circuit Judge.

ORDER

Upon consideration of the motion of Yoshiki Hayashi to dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.